1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RUSSELL E. BURNS, et al.,          Case No.: C14-3687 TEH

12      Plaintiffs,                    **PLAINTIFFS' REQUEST FOR
                                       CONTINUANCE OF CASE
13      v.                             MANAGEMENT CONFERENCE; and
                                       [~~PROPOSED~~] ORDER THEREON**

14  BACKHOE DISPATCH 24/7, INC., a
    California Corporation; DAVID JOHN    Date:  Monday, November 24, 2014
15  HOURIGAN, an Individual,             Time:  1:30 p.m.
                                         Ctrm:  2, 19th Floor
16      Defendants.                            450 Golden Gate Ave.
                                               San Francisco, California
17                                       Judge: The Honorable Thelton E.
                                               Henderson
18

19          Plaintiffs respectfully request that the Case Management Conference scheduled for

20  November 24, 2014, at 1:30 p.m., be continued for approximately sixty (60) days, as follows:

21          1.      As the Court's records will reflect, this action was filed on August 14, 2014 to

22  compel Defendants to comply with the terms of their Collective Bargaining Agreement.

23          2.      Defendants were personally served with the Complaint on October 1, 2014.  A

24  Proof of Service of Summons was filed with the Court on October 8, 2014.

25          3.      Defendants failed to file responsive pleadings to Plaintiffs' complaint by their

26  deadline. On October 30, 2014, Plaintiffs filed a Request for Entry of Default, and default was

27  entered by the Court on October 31, 2014.

28

P:\CLIENTS\OE3CL\Backhoe Dispatch 247 Inc\Pleadings\request to continue cmc 111314.docx

4.      Defendants have failed to pay contributions for hours worked by their employees during month of August 2013, and have failed to report and pay contributions for hours worked by the employees during the month of February 2014, and during the period from April through September 2014  Liquidated damages and interest have been incurred and are owing for the unpaid contributions for the above months, as well as on other prior late-paid contributions for the months of May, July, and December 2013, and January 2014.

5.      Plaintiffs will make one final attempt to resolve this matter informally with Defendants. If the parties fail to resolve this matter informally, Plaintiffs anticipate filing a Motion for Default Judgment against Defendants.

6.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, to allow for sufficient time for Plaintiffs to attempt to resolve this matter informally with Defendants.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

P:\CLIENTS\OE3CL\Backhoe Dispatch 247 Inc\Pleadings\request to continue cmc 111314.docx

7.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 13, 2014                    **SALTZMAN & JOHNSON**
                                            **LAW CORPORATION**

                                    By: _____/S/_____
                                            Michele R. Stafford
                                            Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 1/26/2015, at 1:30 pm and all related deadlines are extended accordingly.

Date: ___11/17/2014_____

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES

Judge Thelton E. Henderson

-3-
**REQUEST TO CONTINUE CMC**
**Case No.: C14-3687 TEH**