1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RUSSELL E. BURNS, et al.,          Case No.: C14-3687 TEH

12      Plaintiffs,                    **PLAINTIFFS' REQUEST FOR
                                       CONTINUANCE OF CASE
13      v.                             MANAGEMENT CONFERENCE; and
                                       [~~PROPOSED~~] ORDER THEREON**
14  BACKHOE DISPATCH 24/7, INC., a
    California Corporation; DAVID JOHN  Date:  Monday, January 26, 2015
15  HOURIGAN, an Individual,           Time:  1:30 p.m.
                                       Ctrm:  2, 19th Floor
16      Defendants.                           450 Golden Gate Ave.
                                              San Francisco, California
17                                     Judge: The Honorable Thelton E.
                                              Henderson
18

19          Plaintiffs respectfully request that the Case Management Conference scheduled for

20  January 26, 2015, at 1:30 p.m., be continued for approximately sixty (60) days, as follows:

21          1.     As the Court's records will reflect, this action was filed on August 14, 2014 to

22  compel Defendants to comply with the terms of their Collective Bargaining Agreement.

23          2.     Defendants were personally served with the Complaint on October 1, 2014.  A

24  Proof of Service of Summons was filed with the Court on October 8, 2014.

25          3.     Defendants failed to file responsive pleadings to Plaintiffs' complaint by their

26  deadline. On October 30, 2014, Plaintiffs filed a Request for Entry of Default, and default was

27  entered by the Court on October 31, 2014.

28

P:\CLIENTS\OE3CL\Backhoe Dispatch 247 Inc\Pleadings\request to continue cmc 011515.docx

4.      Defendants have failed to pay contributions for hours worked by their employees during month of August 2013, and have failed to report and pay contributions for hours worked by the employees during the month of February 2014, and during the period from April through November 2014. Liquidated damages and interest have been incurred and are owing for the unpaid contributions for the above months, as well as on other prior late-paid contributions for the months of May, July, and December 2013, and January 2014.

5.      On November 14, 2014, Plaintiffs requested a continuance to the Case Management Conference so that they could make one final attempt to resolve this matter informally with Defendants. On November 18, 2014, the Court granted Plaintiffs' request and the Case Management Conference was continued to January 26, 2015.

6.      Plaintiffs have been unable to resolve this matter informally with Defendants. Therefore, Plaintiffs will now prepare and file a Motion for Default Judgment against Defendants.

7.      There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, to allow for sufficient time for Plaintiffs to prepare and file a Motion for Default Judgment against Defendants.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

8.    Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: January 15, 2015

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By:  _____/S/_____
        Michele R. Stafford
        Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __03/30/2015_____, and all related deadlines are extended accordingly.

Date:  __01/20/2015_____

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

Judge Thelton E. Henderson

-3-
**REQUEST TO CONTINUE CMC**
**Case No.: C14-3687 TEH**