1 | Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
Telephone: (415) 882-7900
4 | Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
5 | snanda@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | RUSSELL E. BURNS, et al.,          Case No.: C14-3687 TEH

12 |    Plaintiffs,          **PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT**

13 |    v.          **CONFERENCE; and [PROPOSED] ORDER THEREON**

14 | BACKHOE DISPATCH 24/7, INC., a
California Corporation; DAVID JOHN          Date:  March 30, 2015
15 | HOURIGAN, an Individual,          Time:  1:30 p.m.
Ctrm:  2, 19th Floor
16 |    Defendants.               450 Golden Gate Ave.
     San Francisco, California
17 |          Judge:  The Honorable Thelton E.
     Henderson

18

19 |      Plaintiffs respectfully request that the Case Management Conference scheduled for March

20 | 30, 2015, at 1:30 p.m., be vacated. Good cause exists, as follows:

21 |      1.    As the Court's records will reflect, this action was filed on August 14, 2014 to

22 | compel Defendants to comply with the terms of their Collective Bargaining Agreement.

23 |      2.    Defendants were personally served with the Complaint on October 1, 2014.  A

24 | Proof of Service of Summons was filed with the Court on October 8, 2014.

25 |      3.    Defendants failed to file responsive pleadings to Plaintiffs' complaint by their

26 | deadline. On October 30, 2014, Plaintiffs filed a Request for Entry of Default, and default was

27 | entered by the Court on October 31, 2014.

28

P:\CLIENTS\OE3CL\Backhoe Dispatch 247 Inc\Pleadings\request to vacate cmc 031615.docx

4.     On November 14, 2014, Plaintiffs requested a continuance to the Case Management Conference so that they could make one final attempt to resolve this matter informally with Defendants. On November 18, 2014, the Court granted Plaintiffs' request and the Case Management Conference was continued to January 26, 2015.

5.     On January 16, 2015, Plaintiffs requested another continuance to the Case Management Conference because Plaintiffs were unable to resolve this matter informally with Defendants and needed time to prepare and file a Motion for Default Judgment against Defendants. On January 20, 2015, the Court granted Plaintiffs' request, and the Case Management Conference was rescheduled for March 30, 2015.

6.     Plaintiffs are filing their Motion for Default Judgment against Defendants concurrently with this request. Accordingly, there are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court vacate the currently scheduled Case Management Conference.

7.     Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 18, 2015                    **SALTZMAN & JOHNSON**
                                         **LAW CORPORATION**


                                         By:  _____/S/_____
                                              Michele R. Stafford
                                              Attorneys for Plaintiffs

IT IS SO ORDERED.

        Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby VACATED.

Date: ___03/19/2015_____          _____
                                         THE HONORABLE THELTON E. HENDERSON
                                         UNITED STATES DISTRICT COURT